|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| MARCUS CARTER, | Case No. 1:16-cv-01022-EPG-PC |
|---|---|
| Plaintiff, | ORDER FOR CLERK TO LODGE THE FIRST AMENDED COMPLAINT IN THIS ACTION AS A FIRST AMENDED COMPLAINT IN CASE 1:16-CV-00365-GSA-PC |
| vs. | |
| BOCHOP, | |
| Defendant. | (Doc. 8) |
| | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| | ORDER FOR CLERK TO ADMINISTRATIVELY CLOSE THIS CASE |

  Plaintiff Marcus Carter, a state prisoner proceeding *pro se*, submitted a complaint to the Court on March 8, 2016, which was opened as case no. 1:16-cv-00365-GSA-PC. The case was screened and Plaintiff was instructed to file an amended complaint. When Plaintiff filed his amended complaint, however, he neglected to label the complaint with the assigned case number. As a result, the complaint opened a new case, which was designated case no. 1:16-cv-01022-EPG-PC (the present case). Plaintiff then filed a first amended complaint, which was again unlabeled. The first amended complaint was filed in this case.

1

In case no. 1:16-cv-00365-GSA-PC, the court is still awaiting the filing of Plaintiff's first amended complaint. And in case no. 1:16-cv-01022-EPG-PC, the Court has issued an order to show cause regarding a failure to file documents that were previously filed in Plaintiff's original case.

The Court has reviewed the complaint for this action and finds that it contains many of the same defendants, allegations, and claims found in the original complaint for case no. 1:16-cv-00365-GSA-PC.  Both complaints arise from events at CSP-Corcoran when Plaintiff was incarcerated there and deal with threats against Plaintiff by Defendant Bochop.  Based on these facts, the Court finds that Plaintiff's first amended complaint for the present action should be treated as a first amended complaint for case no. 11:16-cv-00365-GSA-PC.[1] Plaintiff is reminded that he must always label any documents he files with the court using the court-assigned case number he is given. Failure to do so may cause delays and may lead to dismissal of his case(s).

Accordingly:

1. The Order to Show Cause in this case (ECF No. 9) is hereby DISCHARGED;

2. The Clerk of the Court is DIRECTED to lodge the first amended complaint for this action (ECF No. 8) as the first amended complaint in case no. 1:16-cv-00365-GSA-PC; and,

3. The Clerk of the Court is DIRECTED to administratively close this case.

IT IS SO ORDERED.

Dated:   **October 20, 2016**                     /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] "Plaintiffs generally have 'no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant.'" *Adams v. Cal. Dept. of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007), *quoting Walton v. Eaton Corp.*, 563 F.2d 66, 70 (3d Cir.1977) (en banc), *cited with approval in Russ v. Standard Ins. Co.*, 120 F.3d 988, 990 (9th Cir.1997); *see also Curtis v. Citibank, N.A.*, 226 F.3d 133, 138–39 (2d Cir. 2000); *Serlin v. Arthur Andersen & Co.*, 3 F.3d 221, 223–24 (7th Cir.1993).